UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:24-CR-00264-14** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **ROY LEE WILLIAMS (14)** a/k/a "Mickey" | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**ORDER**

After considering the Report and Recommendation of the Magistrate Judge [Doc. No. 315], together with Defendant Roy Williams' written and filed objections thereto [Doc. No. 330], and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that the Motion to Suppress [Doc. No. 283] filed by Defendant, Roy Lee Williams, is hereby **DENIED**.

MONROE, LOUISIANA, this 17th day of December 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE